NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**UNITED STATES STEEL CORPORATION**,
Plaintiff,

and

**NUCOR CORPORATION**,
Plaintiff,

v.

**UNITED STATES,**
Defendant.

--------------------------------------------------------------------------

**ESSAR STEEL LIMITED,**
Plaintiff-Appellant,

v.

**UNITED STATES**,
Defendant-Appellee,

and

**UNITED STATES STEEL CORPORATION,**
Defendant-Appellee,

and

**NUCOR CORPORATION**,
Defendant-Appellee.

———————————

2011-1074

———————————

Appeal from the United States Court of International Trade in consolidated case nos. 08-CV-0239 and 08-CV-0244, Judge Judith M. Barzilay.

## JUDGMENT

MARK P. LUNN, Arent Fox LLP, of Washington, DC, argued for plaintiff-appellant.

DAVID D'ALESSANDRIA, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee United States. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and PATRICIA M. MCCARTHY, Assistant Director.

NATHANIEL B. BOLIN, Skadden, Arps, Slate, Meagher & Flom LLP, of Washington, DC, argued for defendant-appellee United States Steel Corporation. With him on the brief were ROBERT E. LIGHTHIZER, JEFFREY D. GERRISH and STEPHEN J. NARKIN.

ALAN H. PRICE, Wiley Rein LLP, of Washington, DC, for defendant-appellee Nucor Corporation. With him on the brief were TIMOTHY C. BRIGHTBILL and MAUREEN E. THORSON.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* PROST AND O'MALLEY, *Circuit Judges*).

### AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

July 7, 2011
Date

__/s/ Jan Horbaly
Jan Horbaly
Clerk